[No. 31116-0-II.   Division Two.   March 30, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. PATRICK MICHAEL KELLY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-00687-6, Lisa R. Worswick, J., entered November 20, 2003. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Hunt, J.; Quinn-Brintnall, C.J., dissenting.

[No. 31124-1-II.   Division Two.   March 30, 2005.]

JEANENE ARMSTRONG, *as Personal Representative, Appellant,* v. JEREMY MASKER ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Clark County, No. 01-2-02768-2, John F. Nichols, J., entered November 20, 2003. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Bridgewater, JJ.

[No. 31131-3-II.   Division Two.   March 30, 2005.]

*In the Matter of the Marriage of* RALPH LEROY BIETZ, *Respondent,* and DEBRA DIANE BIETZ, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 02-3-01009-2, Paula Casey, J., entered November 25, 2003. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Houghton and Armstrong, JJ.

[No. 31171-2-II.   Division Two.   March 30, 2005.]

PATRICK J. MCLAUGHLIN ET AL., *Respondents,* v. TIMOTHY A. SORENSEN ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 03-2-09778-6, Katherine M. Stolz, J., entered December 5, 2003. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Morgan, A.C.J., and Hunt, J.